**DISMISS and Opinion Filed March 12, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00226-CV

### JMA PARTNERS, INC. D/B/A GUARDIAN PHARMACY SERVICES AND JACK MUNN, Appellants
### V.
### JULIE SHIPP, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13674**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed

the Court that they no longer desire to prosecute this appeal. Accordingly, we grant appellants'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190226F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JMA PARTNERS, INC. D/B/A
GUARDIAN PHARMACY SERVICES
AND JACK MUNN, Appellants

No. 05-19-00226-CV          V.

JULIE SHIPP, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-13674.
Opinion delivered by Justice Carlyle.
Justices Bridges and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JULIE SHIPP recover her costs of this appeal from appellants JMA PARTNERS, INC. D/B/A GUARDIAN PHARMACY SERVICES AND JACK MUNN.

Judgment entered this 12th day of March, 2019.